No. 17,716.

P. L. WIGGINTON, ET AL. *v.* VAN SCHAACK & COMPANY.

(235 P. [2d] 604)

Decided July 11, 1955.

Mr. FRENCH L. TAYLOR, for plaintiff in error P. L. Wigginton.

Mr. SAMUEL CHUTKOW, Mr. NOAH A. ATLER, Mr. ARNOLD M. CHUTKOW, Mr. EDWARD I. HALIGMAN, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.